No. 71–6019. BLACKBURN v. HENDERSON, WARDEN; and

No. 71–6077. NIDIVER v. FIELD, MEN'S COLONY SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–983. ALBRECHT v. MATTHES, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.;

No. 71–6040. ROJAS v. CHAMBERS, CHIEF JUDGE, U. S. COURT OF APPEALS;

No. 71–6055. McCRAY v. MARYLAND;

No. 71–6088. GIBSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA ET AL.;

No. 71–6096. GAY v. DOWNING ET AL.; and

No. 71–6110. PICKING v. KAUFMAN, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 71–6098. ARNOLD v. UNITED STATES. Motion for leave to file petition for writ of prohibition denied.

No. 71–1082. ASKEW, GOVERNOR OF FLORIDA, ET AL. v. AMERICAN WATERWAYS OPERATORS, INC., ET AL. Appeal from D. C. M. D. Fla. Probable jurisdiction noted.

No. 71–364. MAHAN, SECRETARY OF BOARD OF ELECTIONS, ET AL. v. HOWELL ET AL.;

No. 71–373. CITY OF VIRGINIA BEACH v. HOWELL ET AL.; and

No. 71–553. THORNTON ET AL. v. PRICHARD ET AL. Appeals from D. C. E. D. Va. Probable jurisdiction noted. Cases consolidated and a total of two hours allotted for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of these cases. Reported below: 330 F. Supp. 1138.